# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Mangum** _____ JAD/TPA/CMB/GLT

Case Number: **17-22116**

Date of Meeting: **7/31/17**          Recording #: **5**

Debtor(s) present **✓** or Not Present ___ (___No Payments Made or ___ partial payments)

Attorney for debtor(s): **A. Steidl** _____ (Present **✓** or Not Present ___)

Date of Plan at § 341: **7-17-17** Applicable commitment period ___3 yrs **✓** 5 yrs

Warmbrodt - Toyota Lease Trust

Terminated from employment 7-21-17 —
Currently not employed.
Need amended SFA — D sold RE 9-1-15 for 116,000
1st Mtg 85K   2nd was 42K → Rec'd less than owed
Tax Return issue as to sale to be reviewed form 4797
Refund 11,670 — Trustee Requests bank statement
Settlement agreement w/ wife — no court has approved
1500/mo spousal support   No divorce filed
Was wage attached but no longer employed —
D says 401K has 224,113.24 not 6,624
                                         YTD contributions ✓
Trustee Requests copy of settlement —
Need further 341 — too many issues

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
**✓** To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
       ___ 341 Meeting  OR  ___ Conciliation Conf. OR ___ *Contested Hearing
       On _____ at _____ am/pm Location _____

_/s/ Richard_ _____
Chapter 13 Trustee/Attorney for Trustee

FILED 2017 AUG -2 P 2:32 CLERK U.S. BANKRUPTCY COURT PITTSBURGH