**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−22116−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Christopher A. Mangum
   fdba Mon Chuisle LLC, fdba Tanner U
   100 Roberta Drive
   Carnegie, PA 15106

Social Security No.:
   xxx−xx−2127

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 11, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 11, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/2/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 17-22116-TPA
Christopher A. Mangum                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Aug 02, 2017
                              Form ID: rsc13          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
```
db             +Christopher A. Mangum,    100 Roberta Drive,    Carnegie, PA 15106-1839
cr             +Borough of Carnegie,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14659365       +Borough of Carnegie,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521567       +Borough of Carnegie,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 McMurray, PA 15317-3349
14669433        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14521568       +Carlynton School District,    c/o Andrews & Price,    1500 Ardmore Boulevard, Suite 506,
                 Pittsburgh, PA 15221-4468
14521569       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14521570       +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
14523157       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14521571        Clark & Company Pathology,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
14521572       +Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
                 14th Floor, Strawberrry Square,    Harrisburg, PA 17120-0001
14659366       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521573       +County of Allegheny,    c/o John K. Weinstein,    PO Box 643385,    Pittsburgh, PA 15264-3385
14521575        Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14521579       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14522200       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14521577        Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14521578       +Peter Ashcroft, Esq.,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Gulf Tower,
                 Pittsburgh, PA 15219-1945
14521580       +Preferred  Primary Care Physicians,    PO Box 105138,    Atlanta, GA 30348-5138
14658216        Preferred Primary Care Physicians Inc,    1135 Situs Court, Ste 350,    Raleigh, NC 27606
14521581       +South Hills radiology,    PO Box 3425,    Pittsburgh, PA 15230-3415
14521584       +The Bureau Inc.,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
14521585       +The Othropaedic Group,    800 Plaza Drive,    Suite 240,    Belle Vernon, PA 15012-4033
14521586        Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
14645654       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14521588       +UPMC,    P.O. Box 382059,    Pittsburgh, PA 15251-8059
14521589       +Verizon Pennsylvania,    500 Technology Drive,    Saint Charles, MO 63304-2225
14521590       +Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:02     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14521566       +E-mail/Text: ally@ebn.phinsolutions.com Aug 03 2017 01:23:43      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
14658886       +E-mail/Text: csc.bankruptcy@amwater.com Aug 03 2017 01:25:10      American Water,    PO Box 578,
                 Alton, IL 62002-0578
14521574       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 03 2017 01:25:12      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14521576        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 03 2017 01:23:47      Kohl's,    P. O. Box 2983,
                 Milwaukee, WI 53201-2983
14521582       +E-mail/Text: PFS.Analyst@stclair.org Aug 03 2017 01:24:55      St. Clair Hospital,
                 P. O. Box 640831,    Pittsburgh, PA 15264-0831
14521583       +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:43      Synchrony Bank / Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Toyota Lease Trust
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14521587*       Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
                                                                                    TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: lfin                  Page 2 of 2                  Date Rcvd: Aug 02, 2017
                              Form ID: rsc13              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth   Steidl     on behalf of Debtor Christopher A. Mangum julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 7
```