# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher A. Mangum fdba Mon Chuisle LLC fdba Tanner U <br>                                     Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust, its successors and/or assigns <br>                                     Movant <br>                    vs. | |
| Christopher A. Mangum fdba Mon Chuisle LLC fdba Tanner U <br>                                     Debtor(s) | NO. 17-22116 TPA <br><br> Related to Document No. 22 |
| Ronda J. Winnecour <br>                                     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **July 12, 2017, Docket Number 22**.

                                                                    Respectfully submitted,

                                                                    **/s/ James C. Warmbrodt, Esquire**
                                                                    James C. Warmbrodt, Esquire
                                                                    PA ID No. 42524
                                                                    KML Law Group, P.C.
                                                                    BNY Mellon Independence Center
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA  19106
                                                                    412-430-3594
                                                                    jwarmbrodt@kmllawgroup.com

August 3, 2017


SO ORDERED
August 04, 2017

*[signature]*
                                         vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher A. Mangum
    Debtor

Case No. 17-22116-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Aug 04, 2017
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
db    +Christopher A. Mangum,   100 Roberta Drive,   Carnegie, PA 15106-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
    James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
    Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt   on behalf of Creditor   Borough of Carnegie jhunt@grblaw.com,
     cnoroski@grblaw.com
    Kenneth Steidl   on behalf of Debtor Christopher A. Mangum julie.steidl@steidl-steinberg.com,
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
     nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
     tcase.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
     inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    TOTAL: 7