MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Mangum _____ JAD/**TPA**/CMB/GLT

Case Number: 17-22116

Date of Meeting: 9 / 11 / 17            Recording # _____
Debtor(s) present ___ or Not Present ✓ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) Steidl _____ (Present ✓ or Not Present ___ )
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Debtors filing motion to convert —

Debtor H was terminated from his employment

Mt to convert will be filed w/in next week.

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD                    ___ Order to Show Cause Requested
                                       ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting    OR ___ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee