| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Christopher A. Mangum** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2127** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter  **13**  **5/18/17** |
| Case number:  **17–22116–TPA** | | Date case converted to chapter  **7**  **9/14/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**         12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher A. Mangum | |
| 2. | **All other names used in the last 8 years** | fdba Mon Chuisle LLC, fdba Tanner U | |
| 3. | **Address** | 100 Roberta Drive <br> Carnegie, PA 15106 | |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth Steidl <br> Steidl & Steinberg <br> Suite 2830 Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–391–8000 |
| 5. | **Bankruptcy trustee** <br> Name and address | Rosemary C. Crawford <br> Crawford McDonald, LLC. <br> P.O. Box 355 <br> Allison Park, PA 15101 | Contact phone 724–443–4757 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**         page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 9/15/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **October 16, 2017 at 03:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/14/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22116-TPA
Christopher A. Mangum                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala               Page 1 of 2        Date Rcvd: Sep 15, 2017
                              Form ID: 309B            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
```
db             +Christopher A. Mangum,    100 Roberta Drive,    Carnegie, PA 15106-1839
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                 Pittsburgh, PA 15219-6107
aty             Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
cr             +Borough of Carnegie,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14659365       +Borough of Carnegie,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521567       +Borough of Carnegie,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 McMurray, PA 15317-3349
14521568       +Carlynton School District,    c/o Andrews & Price,    1500 Ardmore Boulevard, Suite 506,
                 Pittsburgh, PA 15221-4468
14521569       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14521570       +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
14523157       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14521571        Clark & Company Pathology,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
14521572       +Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
                 14th Floor, Strawberrry Square,    Harrisburg, PA 17120-0001
14659366       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521573       +County of Allegheny,    c/o John K. Weinstein,    PO Box 643385,    Pittsburgh, PA 15264-3385
14521575        Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14521579       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14521577        Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14521578       +Peter Ashcroft, Esq.,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Gulf Tower,
                 Pittsburgh, PA 15219-1945
14521580       +Preferred Primary Care Physicians,    PO Box 105138,    Atlanta, GA 30348-5138
14658216        Preferred Primary Care Physicians Inc,    1135 Situs Court, Ste 350,    Raleigh, NC 27606
14521581       +South Hills radiology,    PO Box 3425,    Pittsburgh, PA 15230-3415
14521584       +The Bureau Inc.,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
14521585       +The Othropaedic Group,    800 Plaza Drive,    Suite 240,    Belle Vernon, PA 15012-4033
14645654       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14521588       +UPMC,    P.O. Box 382059,    Pittsburgh, PA 15251-8059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Sep 16 2017 03:00:14     Kenneth Steidl,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219
tr             +EDI: BRCCRAWFORD.COM Sep 16 2017 02:53:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:00:33      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 16 2017 03:00:38
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14521566       +EDI: GMACFS.COM Sep 16 2017 02:53:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
14658886       +E-mail/Text: csc.bankruptcy@amwater.com Sep 16 2017 03:00:53      American Water,    PO Box 578,
                 Alton, IL 62002-0578
14669433        EDI: BL-BECKET.COM Sep 16 2017 02:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14521574       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 16 2017 03:01:03      Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14521576        EDI: CBSKOHLS.COM Sep 16 2017 02:53:00      Kohl's,    P. O. Box 2983,    Milwaukee, WI 53201-2983
14522200       +EDI: PRA.COM Sep 16 2017 02:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14521582       +E-mail/Text: PFS.Analyst@stclair.org Sep 16 2017 03:00:48      St. Clair Hospital,
                 P. O. Box 640831,   Pittsburgh, PA 15264-0831
14521583       +EDI: RMSC.COM Sep 16 2017 02:53:00      Synchrony Bank / Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
14521586        EDI: TFSR.COM Sep 16 2017 02:53:00      Toyota Financial Services,    P.O. Box 4102,
                 Carol Stream, IL 60197-4102
14675077        EDI: AIS.COM Sep 16 2017 02:53:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
14521589       +EDI: VERIZONEAST.COM Sep 16 2017 02:53:00      Verizon Pennsylvania,    500 Technology Drive,
                 Saint Charles, MO 63304-2225
14521590       +EDI: WFNNB.COM Sep 16 2017 02:53:00      Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
```

```
District/off: 0315-2            User: aala                  Page 2 of 2                  Date Rcvd: Sep 15, 2017
                                Form ID: 309B               Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                    TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Toyota Lease Trust
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14521587*       Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
```
              James     Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth    Steidl     on behalf of Debtor Christopher A. Mangum julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                              TOTAL: 8
```