IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher A. Mangum, | ) | Bankruptcy No.  17-22116 |
|    *Debtor* | ) | Chapter 13 |
| | ) | Docket No. |
| Christopher A. Mangum, | ) | |
|    *Movant* | ) | |
| | ) | |
|    Vs. | ) | |
| | ) | |
| Ally Financial, Borough of Carnegie, Carlynton | ) | |
| School District, Citizens Bank, County of | ) | |
| Allegheny, Toyota Financial Services, | ) | |
| Commonwealth of Pennsylvania, Clark Pathology, | ) | |
| Duquesne Light Company, Jordan Tax Service, | ) | |
| Kohl's, Pennsylvania American Water, Preferred | ) | |
| Primary Care Physicians, South Hills Radiology, St. | ) | |
| Clair Hospital, Care Credit, Synchrony Bank, The | ) | |
| Bureau Inc., The Orthopedic Group, Verizon, | ) | |
| Victoria's Secret, And Ronda Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on September 18, 2017, a true and correct copy of the *Order Converting Case under Chapter 13 to Case under Chapter 7 and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:     September 18, 2017     /s/ Kenneth Steidl
                                                                                       Kenneth Steidl, Esquire
                                                                                       STEIDL & STEINBERG
                                                                                       28th Floor, Gulf Tower
                                                                                       707 Grant Street
                                                                                       Pittsburgh, PA 15219
                                                                                       (412) 391-8000
                                                                                       ken.steidl@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22116-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Sep 18 16:10:00 EDT 2017 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | American Water<br>PO Box 578<br>Alton, IL 62002-0578 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Borough of Carnegie<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Borough of Carnegie<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Borough of Carnegie<br>c/o Jordan Tax Service Inc.<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Carlynton School District<br>c/o Andrews & Price<br>1500 Ardmore Boulevard, Suite 506<br>Pittsburgh, PA 15221-4468 |
| Citizens Bank<br>One Citizens Plaza<br>Providence, RI 02903-1339 | Citizens Bank<br>PO Box 42010<br>Providence, RI 02940-2010 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 |
| Clark & Company Pathology<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 | Commonwealth of Pennsylvania<br>Office of Attorney General<br>Collections Unit<br>14th Floor, Strawberrry Square<br>Harrisburg, PA 17120-0001 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>c/o John K. Weinstein<br>PO Box 643385<br>Pittsburgh, PA 15264-3385 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101-0355 |
| Duquesne Light Company<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Jordan Tax Service<br>PO Box 200<br>Bethel Park, PA 15102-0200 |
| Kohl's<br>P. O. Box 2983<br>Milwaukee, WI 53201-2983 | Christopher A. Mangum<br>100 Roberta Drive<br>Carnegie, PA 15106-1839 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peter Ashcroft, Esq.<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219-1945 | Preferred Primary Care Physicians<br>PO Box 105138<br>Atlanta, GA 30348-5138 |

| | | |
|---|---|---|
| Preferred Primary Care Physicians Inc<br>1135 Situs Court, Ste 350<br>Raleigh, NC 27606 | South Hills Radiology<br>PO Box 3425<br>Pittsburgh, PA 15230-3415 | St. Clair Hospital<br>P. O. Box 640831<br>Pittsburgh, PA 15264-0831 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank / Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | The Bureau Inc.<br>650 Dundee Road<br>Suite 370<br>Northbrook, IL 60062-2757 |
| The Othropaedic Group<br>800 Plaza Drive<br>Suite 240<br>Belle Vernon, PA 15012-4033 | Toyota Financial Services<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| UPMC<br>P.O. Box 382059<br>Pittsburgh, PA 15251-8059 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Verizon Pennsylvania<br>500 Technology Drive<br>Saint Charles, MO 63304-2225 |
| Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Toyota Lease Trust |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     3
Total                  46