## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-22116** |
| **Christopher A. Mangum** | : | |
| | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Christopher A. Mangum** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __ Kenneth Steidl 34965 __, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**

Signature

**Kenneth Steidl 34965**

Typed Name

**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**

Address

**412-391-8000 Fax:412-391-0221**

Phone No.

**34965**

List Bar I.D. and State of Admission

St. Clair Hospital
1000 Bower Hill Road
Pittsburgh, PA 15243