**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHRISTOPHER A. MANGUM | Case No.:17-22116 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/18/2017 and confirmed on 01/01/1900. The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,140.00 |
| Less Refunds to Debtor | 1,091.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 48.94 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 48.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 48.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CARNEGIE BORO- R/E TAX** | 1,127.93 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   CARLYNTON SD (CARNEGIE BORO) (RE) | 3,782.50 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1927 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 705.24 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   CARNEGIE BORO- R/E TAX** | 284.47 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   CARNEGIE BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 56.42 | 0.00 | 0.00 | 0.00 |
|     Acct: J121 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2058 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | * * * N O N E * * * | | | |
| **Priority** | | | | | |
| | KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHRISTOPHER A. MANGUM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 3,400.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TOYOTA LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N463 | | | | |
| | OFFICE OF THE ATTORNEY GENERAL | 3,205.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 2651 | | | | |
| | CHRISTOPHER A. MANGUM | 1,091.06 | 1,091.06 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |
| **Unsecured** | | | | | |
| | CITIZENS BANK NA(*) | 4,319.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 5628 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6629 | | | | |
| | CLARKE AND CLARKE PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8823 | | | | |
| | DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9600 | | | | |
| | CAPITAL ONE NA** | 316.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 8724 | | | | |
| | AMERICAN WATER | 157.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 9600 | | | | |
| | PREFERRED PRIMARY CARE PHYSICIANS | 105.52 | 0.00 | 0.00 | 0.00 |
| | Acct: IP37 | | | | |
| | SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4001 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2279 | | | | |
| | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7866 | | | | |
| | ORTHOPEDIC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2952 | | | | |
| | UPMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8985 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 313.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0517 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 497.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 0634 | | | | |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                     0.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,205.08 |
| SECURED | 5,956.56 |
| UNSECURED | 5.710.28 |

Date: 09/28/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com