**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher A. Mangum** | Social Security number or ITIN  **xxx–xx–2127** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–22116–TPA**

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher A. Mangum
fdba Mon Chuisle LLC, fdba Tanner U

12/20/17                                                       **By the court:**   Thomas P. Agresti
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22116-TPA
Christopher A. Mangum                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 2           Date Rcvd: Dec 20, 2017
                             Form ID: 318             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db         +Christopher A. Mangum,    100 Roberta Drive,    Carnegie, PA 15106-1839
cr         +Borough of Carnegie,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr         +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14659365   +Borough of Carnegie,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521567   +Borough of Carnegie,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
             McMurray, PA 15317-3349
14521568   +Carlynton School District,    c/o Andrews & Price,    1500 Ardmore Boulevard, Suite 506,
             Pittsburgh, PA 15221-4468
14521569   +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14521570   +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
14523157   +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14521571    Clark & Company Pathology,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
14521572   +Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
             14th Floor, Strawberrry Square,    Harrisburg, PA 17120-0001
14659366   +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14521573   +County of Allegheny,    c/o John K. Weinstein,    PO Box 643385,    Pittsburgh, PA 15264-3385
14521575    Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14699603   +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14521579   +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14521577    Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14521578   +Peter Ashcroft, Esq.,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Gulf Tower,
             Pittsburgh, PA 15219-1945
14521580   +Preferred Primary Care Physicians,    PO Box 105138,    Atlanta, GA 30348-5138
14658216    Preferred Primary Care Physicians Inc,    1135 Situs Court, Ste 350,    Raleigh, NC 27606
14521581   +South Hills radiology,    PO Box 3425,    Pittsburgh, PA 15230-3415
14521584   +The Bureau Inc.,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
14521585   +The Othropaedic Group,    800 Plaza Drive,    Suite 240,    Belle Vernon, PA 15012-4033
14645654   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
             Addison, Texas 75001-9013
14521588   +UPMC,    P.O. Box 382059,    Pittsburgh, PA 15251-8059
14714452    UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: BRCCRAWFORD.COM Dec 21 2017 01:03:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
             P.O. Box 355,    Allison Park, PA 15101-0355
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:04:44      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA 17128-0946
14521566   +EDI: GMACFS.COM Dec 21 2017 01:03:00      Ally Financial,    PO Box 380901,
             Bloomington, MN 55438-0901
14658886    E-mail/Text: csc.bankruptcy@amwater.com Dec 21 2017 01:05:42      American Water,    PO Box 578,
             Alton, IL 62002-0578
14669433    EDI: BL-BECKET.COM Dec 21 2017 01:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
14521574   +E-mail/Text: kburkley@bernsteinlaw.com Dec 21 2017 01:05:37      Duquesne Light Company,
             411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14521576    EDI: CBSKOHLS.COM Dec 21 2017 01:03:00      Kohl's,    P. O. Box 2983,    Milwaukee, WI 53201-2983
14522200   +EDI: PRA.COM Dec 21 2017 01:03:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
14521582   +E-mail/Text: PFS.Analyst@stclair.org Dec 21 2017 01:05:27      St. Clair Hospital,
             P. O. Box 640831,    Pittsburgh, PA 15264-0831
14697754   +E-mail/Text: PFS.Analyst@stclair.org Dec 21 2017 01:05:27      St. Clair Hospital,
             1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14521583   +EDI: RMSC.COM Dec 21 2017 01:03:00      Synchrony Bank / Care Credit,    PO Box 965036,
             Orlando, FL 32896-5036
14521586    EDI: TFSR.COM Dec 21 2017 01:03:00      Toyota Financial Services,    P.O. Box 4102,
             Carol Stream, IL 60197-4102
14675077    EDI: AIS.COM Dec 21 2017 01:03:00      Verizon,    by American InfoSource LP as agent,
             PO Box 248838,    Oklahoma City, OK 73124-8838
14521589   +EDI: VERIZONEAST.COM Dec 21 2017 01:03:00      Verizon Pennsylvania,    500 Technology Drive,
             Saint Charles, MO 63304-2225
14521590   +EDI: WFNNB.COM Dec 21 2017 01:03:00      Victoria's Secret,    PO Box 659728,
             San Antonio, TX 78265-9728
                                                                                              TOTAL: 15
```

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2017
                               Form ID: 318             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Toyota Lease Trust
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14521587*       Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Christopher A. Mangum julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                              TOTAL: 7
```